Lloyd R. HOLMES, Appellant,

v.

STATE of Georgia; Linda
L. Thurn, Appellees.

No. 04–1554.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 2, 2004.

Decided Sept. 10, 2004.

Lloyd R. Holmes, Fenton, MO, for Plaintiff–Appellant.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Lloyd R. Holmes appeals the district court's * pre-service dismissal under 28 U.S.C. § 1915(e)(2)(B) of Holmes's complaint asserting violations of the Freedom of Information Act, 5 U.S.C. § 552, and the Fourteenth Amendment. After careful de novo review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we conclude dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

* The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.